IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MORGAN COYNE and KEVIN W. PEARSON, | CV 24-14-M-DLC-KLD |
| Plaintiffs, | |
| vs. | ORDER |
| PARKSIDE CREDIT UNION, EXPERIAN CORP., EQUIFAX, TRANSUNION, and INNOVIS DATA SOLUTIONS, | |
| Defendants. | |

On November 20, 2024, the Court issued a Findings and Recommendation

and Order, recommending that all claims against Innovis Data Solutions be

dismissed without prejudice for failing to complete service within the 90-day

period provided for in Federal Rule of Civil Procedure 4(m), but giving Plaintiffs

Morgan Coyne and Kevin Pearson until January 6, 2025, to properly effect service

on Experian, Equifax, TransUnion, and Parkside Credit Union in accordance with

Rule 4. (Doc. 10).

On November 22, 2024, Plaintiffs filed a brief in which they assert they have

properly served Defendants, and refer to attached exhibits that have not been

provided to the Court. (Doc. 11). For all of the reasons stated in the Court's

1

November 20, 2024, Findings and Recommendation and Order, Plaintiffs still have

not filed proof that Experian, Equifax, TransUnion, and Parkside Credit Union

have been served with a summons and copy of the Complaint in accordance with

Rule 4 of the Federal Rules of Civil Procedure.

As stated in the Findings and Recommendation and Order, Plaintiffs shall

have until January 6, 2025, within which to properly effect service on Experian,

Equifax, TransUnion, and Parkside Credit Union, and to file proof of proper

service with the Court.

DATED this 22nd day of November, 2024.

_____

Kathleen L. DeSoto
United States Magistrate Judge