UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Morgan Coyne and Kevin Pearson,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Parkside Credit Union et al,<br><br>　　　　　　Defendants. | Case No. CV-24-14-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that this matter is dismissed without prejudice for failure to comply with Federal Rule of Civil Procedure 4(m).

　　Dated this 17th day of March, 2025

　　　　　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　　　　　By:　/s/ Annie Puhrmann
　　　　　　　　　　　　Deputy Clerk